1  GARRICK A. HOLLANDER – State Bar No. 166316
   ghollander@wghlawyers.com
2  PETER W. LIANIDES – State Bar. No. 160517
   plianides@wghlawyers.com
3  WINTHROP GOLUBOW HOLLANDER, LLP
   1301 Dove Street, Suite 500
4  Newport Beach, CA 92660
   Telephone: (949) 720-4100
5  Facsimile: (949) 720-4111
   Counsel for Alleged Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re: | Case No. 8:24-bk-13017-TA |
|---|---|
| LARRY RICHARD LAW, | Chapter 7 Involuntary Proceeding |
| Alleged Debtor. | **FURTHER STIPULATION TO CONTINUE STATUS CONFERENCE RE INVOLUNTARY PETITION** |
| | Current Status Conference: |
| | DATE:    April 29, 2025
TIME:    11:00 a.m.
PLACE:   Courtroom 5B
         411 West Fourth Street
         Santa Ana, CA 92701 |

MAINDOCS-#278442-v2-Law_-_Stipulation_Extend_Time_Cnt_Status_Conference_to_May_2025.docx

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE, AND PARTIES IN INTEREST:**

This *Further Stipulation to Continue Status Conference Re Involuntary Petition* ("Stipulation") is entered into by and between Justin Law, the son and trustee ("Law Trustee") for the estate of Larry Richard Law ("Alleged Debtor") and the following petitioning creditors: Marianne Mackley, Sunder Nambiar, Stephen Lim and Donald Davis (collectively, "Petitioning Creditors"), by and through their respective counsel, with respect to the following facts and circumstances:

## RECITALS

1. On November 22, 2024, the Petitioning Creditors filed an involuntary petition pursuant to 11 U.S.C. § 303, against the Alleged Debtor, commencing the above-entitled Chapter 7 involuntary bankruptcy case.

2. On or about January 28, 2025, the Alleged Debtor deceased. Justin Law is the son and trustee ("Law Trustee") for the estate of the Alleged Debtor.

3. The Law Trustee has compiled and produced significant financial and other information and documents requested by the Petitioning Creditors, which have helped the parties engage in negotiations.

4. An initial status conference was set for January 21, 2025, and thereafter continued to February 4, 2025, and then March 25, 2025, at 10:30 a.m.

5. On February 25, 2025, the Law Trustee and the Petitioning Creditors entered into a stipulation to continue the status conference ("Stipulation"), and the Court entered an order approving the Stipulation [Docket No. 12], whereby continuing the status conference to April 29, 2025 at 11:00 a.m. On April 16, 2025, the Law Trustee filed his status report [Docket No. 15].

6. The parties need more time in efforts to reach a resolution of their disputes..

## STIPULATION

NOW, THEREFORE, based upon the foregoing Recitals, the Parties hereby agree and stipulate through their attorneys of record that the status conference, currently set for April 29,

2025, shall be continued for an additional two-weeks, to a date and time convenient to the Court,

DATED: April 28, 2025    **WINTHROP GOLUBOW HOLLANDER, LLP**

By: */s/ Garrick A. Hollander*
Garrick A. Hollander
Counsel for Justin Law, on behalf of Alleged Debtor

DATED: April 28, 2025    **BANKS LAW OFFICE, P.C.**

By: */s/ Nico Banks*
Nicolo E. Banks
Counsel for Petitioning Creditors

3

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 712 H St NE, Unit #8571, Washington, DC 20002

A true and correct copy of the foregoing document(s) entitled: **FURTHER STIPULATION TO CONTINUE STATUS CONFERENCE RE INVOLUNTARY PETITION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 28, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Nico Banks**    nico@bankslawoffice.com
- **Garrick A Hollander** ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On __, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2025 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4