

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Larry Richard Law,<br><br><br>Alleged Debtor(s). | Case No.: 8:24-bk-13017-SC<br><br>CHAPTER 7<br><br>**ORDER CONTINUING STATUS CONFERENCE, REQUIRING STATUS REPORT AND ANSWER**<br><br>New Date/Time:<br>Date:    June 12, 2025<br>Time:    10:00 AM<br>Courtroom: 5C |

    This case was reassigned to this Court. Having reviewed this matter, the Court finds good cause to order as follows:

1. The status conference in this case is hereby CONTINUED to June 12, 2025, at 10:00 a.m.
2. An answer to the involuntary petition must be filed by no later than May 27, 2025.

///

-1-

3.  A joint status report is due 14 days prior to the status conference.

**IT IS SO ORDERED.**

Date: May 12, 2025

Scott C. Clarkson
United States Bankruptcy Judge